UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA D. WORLEY ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:18-CV-16-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's amended motion for attorney fees and defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 19, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $6,650.00.

**This Judgment Filed and Entered on June 19, 2019, and Copies To:**

George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia Parson / Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

June 19, 2019                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk