IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MELLISA DAWN WORLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 7:18-cv-00016-FL |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

ORDER ON MOTION FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) FEES

Upon consideration of Plaintiff's petition for attorney's fees pursuant to 42 U.S.C. § 406(b), Defendant's response lacking an objection thereto, it is this 15th day of May, 2020, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Plaintiff's counsel is awarded an attorney's fee pursuant to 42 U.S.C. § 406(b), in the amount of $ 9,782.40 (25 percent of the past-due benefits) paid from past due benefits. Further, Plaintiff's counsel is to refund to Plaintiff the smaller award between this amount and the EAJA award.

This 15th day of May, 2020.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE

1